TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00360-CV

Tips Iron & Steel Co., Inc./300 Baylor, Inc., Appellants

v.

300 Baylor, Inc.; Steve Wimberly and Wimberly Erection Company/Tips Iron

& Steel Co., Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 96-01724, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 By letter of July 1, 1999, this Court informed the parties that, due to the
bankruptcy of Tips Iron & Steel, Inc., the cause would be carried as inactive on our docket. See
Tex. R. App. P. 8. We have now been notified that the automatic stay under 11 U.S.C. § 362
has been terminated. Accordingly, we reinstate the cause on our docket. The parties have filed
a joint agreed motion to dismiss. The Court grants the motion.

 The appeal is dismissed based on the parties' joint agreed motion.

Before Justices Jones, Yeakel and Patterson

Appeal Dismissed on Parties' Joint Motion

Filed: February 3, 2000

Do Not Publish